# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LUIS ENRIQUE ESCOBAR-CONTRERAS,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-00430-KES-EPG-HC

ORDER DIRECTING RESPONDENTS TO
FILE CERTIFICATE OF SERVICE

Petitioner is an immigration proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 23, 2026, Respondents filed a motion to dismiss the petition. (ECF No. 12.) Rule 5 of the Federal Rules of Civil Procedure provides that when a motion or pleading is served by means other than by filing it within the Court's electronic-filing system, "a certificate of service must be filed with it or within a reasonable time after service." Fed. R. Civ. P. 5(d)(1)(B)(i). Further, for documents conventionally served, the Local Rules require that proof of service "be endorsed upon or affixed to the original of the document when it is lodged or filed" and "shall be under penalty of perjury and shall include the date, manner and place of service." L.R. 135(c). Here, however, no certificate of service was attached to the motion to dsimiss, and none has been filed subsequently.

1

Accordingly, IT IS HEREBY ORDERED that within three (3) days of the date of service this order, Respondent SHALL file a certificate of service of the motion to dismiss with the Court.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2